FILED: May 24, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4319
(1:15-cr-00615-JFM-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellant

v.

GREGORY LEE BUTLER, JR., a/k/a Greg Baly

  Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:15-cr-00615-JFM-1 |
| Date notice of appeal filed in originating court: | 05/20/2016 |
| Appellant (s) | United States of America |
| Appellate Case Number | 16-4319 |
| Case Manager | Joy Hargett Moore<br>804-916-2702 |